371 A.2d 227

Commonwealth v. Grossett, Appellant.

Submitted June 22, 1976. Stephen L. Shields, for appellant;

568

Michael E. Riskin, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.